UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

OSIRIS MOSLEY,

                Plaintiff,

DANNY CAMPBELL, Police Officer of the City
Of New York, (Sued in his individual
Capacity),

                Defendant.

-----------------------------------------------------------X

42 Section 1983
Complaint
19-CV-10722

JURY TRIAL DEMANDED

I.    BASIS OF JURISDICTION

1. This Court has jurisdiction over the claims raised within this Complaint pursuant to 28 U.S.C. Section 1331, a case arising under the United States Constitution or federal laws or treaties.
2. This Court also has geographical jurisdiction of the causes of action raised in this complaint. In that the actions described within this complaint took place within the the Sates and county of New York.
3. The causes of action raised in this complaint are violations of 42 U.S.C. Section 1983, Fourth and Fourteenth Amendments of the United States Constitution.

II.    PARTIES

     A. Plaintiff: Osiris Mosley, 2194 University Ave., Bronx, New York 10453.
     B. Defendant: Danny Campbell, Police Officer, 120 E. 119th Street, New York, NY 10035.

III.    STATEMENT OF CLAIM:

Place of occurrence: New York, New York

Date of occurrence: November 24, 2018

FACTS:

On or about November 24, 2018, the plaintiff was arrested and accused of Driving While Intoxicated by defendant Danny Campbell despite not being intoxicated at all. I was transported to the hospital where blood was drawn and a breathalyzer was administered and all results came back negative for any presence of alcohol, but defendant Campbell still started the baseless prosecution.

Despite such results being negative defendant Campbell made up false accusations in the criminal complaint. The prosecution lasted about two months before the District Attorney's Office decided not to further prosecute the charges and the case was terminated in the favor.

Defendant Campbell also applied the handcuffs so tight and purposely to cause injuries and damages to the plaintiff.

INJURIES:

Violation of the plaintiff's constitutional rights under the fourth and fourteenth Amendments to the United States Constitution. Economic loss, nerve damage to the plaintiff's hands. Medication, therapy and various doctors' appointments.

RELIEF:

Plaintiff demands $2,000,000 in damages and for punitive damages to be assessed at trial.

Bronx, New York
January 4, 2020

Osiris Mosley

2194 University Ave

Bronx, New York 10453

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OSIRIS MOSLEY,

                            Plaintiff,

    -against-

DANNY CAMPBELL,

                            Defendant.
------------------------------------------------------------x

AFFIRMATION OF SERVICE

19-cv-10722

      I, Osiris Mosley declare under the penalty of perjury that I have mailed the attached Amended Complaint, upon the following parties or concerned individuals in this action:

Danny Campbell  
120 E. 119th Street  
New York, New York 10035

NYC Law Department  
100 Church Street  
New York, New York 10007

On this 19th day of February, 2020.

Bronx, New York  
February 19, 2020

Osiris Mosley  
Plaintiff Pro Se  
2194 University Ave.  
Bronx, New York 10453

Osiris Mosley
2194 University Ave
Bronx, NY 10453

NEW YORK NY 100
20 FEB 2020 PM 12 L

Pro Se Office
U.S.D.C. S.D.N.Y
500 Pearl Street
New York, NY 10007

10007-131655

2020 FEB 26 AM 9:15
SDNY PRO SE OFFICE
RECEIVED