UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021

----------------------------------------------------------X

Osiris Mosley,                                :
                                              :
                         Plaintiff,           :        19-cv-10722 (LJL) (RWL)
                                              :
             - against -                      :        **SETTLEMENT**
                                              :        **CONFERENCE ORDER**
                                              :
Danny Campbell                                :
                                              :
                         Defendant.           :
----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This case has been referred to me for General Pretrial and Settlement.   A settlement conference will be held on **September 7, 2021, at 2:30 p.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than August 31, 2021, by 5:00 p.m.

     SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 8/11/2021
     New York, New York

Copies transmitted this date to all parties of record and mailed to:

Osiris Mosley (PRO SE)
400 Mountain Road
Apartment 1 N.
Union City, N.J. 07087